

**AMIR H. ALAVI**
BOARD CERTIFIED-CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT 713.600.4903
MAIN 713.655.1101
FAX 713.655.0062
AALAVI@AZALAW.COM

August 12, 2021

*Via CM/ECF*
Honorable Jeffrey V. Brown
United States District Court, Southern District of Texas
601 Rosenberg Avenue, Room 613
Galveston, Texas 77550

      Re:    *G&H Diversified Manufacturing, LP v. DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.,* Civil Action No. 3:20-cv-376

Honorable Judge Brown:

      On behalf of all parties in this matter, I write to inform the Court, pursuant to the Docket Control Order Through Markman (Dkt. 32), that the parties believe that a court-appointed special master or expert is not necessary for the purposes of the *Markman* hearing. However, if the Court believes that it would benefit from appointment of a special master or expert, the parties will happily each submit a list of three candidates.

                                   Sincerely,

                                   Amir H. Alavi

ATTORNEYS AT LAW | 1221 MCKINNEY, SUITE 2500 | HOUSTON, TEXAS 77010 | AZALAW.COM