IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> YELLOW JACKET OIL TOOLS, LLC <br><br> *Defendant.* | §§§§§§§§§§§§§§ Civil Action No. 4:21-cv-02599 <br><br> Jury Trial Demanded |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT YELLOW JACKET OIL TOOLS, LLC'S COUNTERCLAIMS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant Yellow Jacket Oil Tools, LLC ("Yellow Jacket") gives notice that its Counterclaims filed in the above-captioned action (Dkt. 43) are voluntarily dismissed, without prejudice. Yellow Jacket filed its Counterclaims on August 12, 2021, and served Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively "DynaEnergetics") through the Court's Electronic Filing System on the same day. DynaEnergetics has not filed an answer or motion for summary judgment on Yellow Jacket's Counterclaims.

Dated:  August 26, 2021                                         Respectfully submitted,

/s/ *Amir Alavi*
Amir Alavi – *Attorney-in-Charge*
State Bar No. 00793239
Southern District Federal ID No. 20910
Demetrios Anaipakos
State Bar No. 00793258
Southern District Federal ID No. 20323
Scott W. Clark
State Bar No. 24007003
Southern District Federal ID No. 25553
Michael McBride
State Bar No. 24065700
Southern District Federal ID No. 3554928
Steven Jugle
State Bar No. 24083280
Southern District Federal ID No. 3633066
Joshua Wyde
State Bar No. 24060858
Southern District Federal ID No. 873284
Louis Liao
State Bar No. 24109471
Southern District Federal ID No. 3521938
Colin Phillips
State Bar No. 24105937
Southern District Federal ID No. 3576569
AHMAD, ZAVITSANOS, ANAIPAKOS,
     ALAVI & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
aalavi@azalaw.com
danaipakos@azalaw.com
sclark@azalaw.com
mmcbride@azalaw.com
sjugle@azalaw.com
jwyde@azalaw.com
lliao@azalaw.com
cphillips@azalaw.com

                                  **ATTORNEYS FOR DEFENDANT YELLOW JACKET OIL TOOLS, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2021, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Southern District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

                                  */s/ Amir Alavi*
                                  Amir Alavi