**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-02599 |
| YELLOW JACKET OIL TOOLS, LLC | § § | Jury Trial Demanded |
| *Defendant.* | § § § | |

---

**JOINT MOTION TO TRANSFER TO THE GALVESTON DIVISION**

---

The parties to the above-captioned action jointly move to transfer this case to the Galveston Division where there is already a case pending with the same parties, same asserted patent, and same products accused of infringement. *See G&H Diversified Manufacturing, LP and Yellow Jacket Oil Tools, LLC v. DynaEnergetics Europe GmbH and DynaEnergetics U.S., Inc.,* Case No. 3:20-cv-00376 (S.D. Tex.) (the "Galveston Case").

This case was originally transferred to this Court from the Western District of Texas after Judge Albright ruled on defendant Yellow Jacket Oil Tools, LLC's (Yellow Jacket) motion to dismiss or transfer, determining that venue was proper as to Yellow Jacket only in the Southern District of Texas.[1] Dkt. 41. However, prior to that ruling, Plaintiffs DynaEnergetics U.S., Inc. and

---

[1] Judge Albright further found that venue was proper with respect to defendant G&H Diversified Manufacturing, LP ("G&H"), in the Western District of Texas and retained jurisdictions over DynaEnergetics' claims of infringement with respect to G&H. G&H has petitioned the Federal Circuit for a writ of mandamus challenging this ruling.

DynaEnergetics Europe GmbH (collectively "DynaEnergetics") had added Yellow Jacket as a counterclaim defendant in the Galveston Case. Magistrate Judge Edison held a scheduling conference in the Galveston Case on March 11, 2021, and since that time the parties in the Galveston Case have exchanged preliminary infringement and invalidity contentions and have begun the Markman process under Local Patent Rules 4-1 through 4-4. On August 24, 2021, DynaEnergetics moved to dismiss Yellow Jacket with prejudice in both this case and the Galveston Case. Dkt. 56. On August 26, 2021, Magistrate Judge Edison stayed the Galveston Case.

The parties do not dispute that venue is proper in the Southern District of Texas, and therefore venue is proper in the Galveston Division as well as the Houston Division. *See Perry v. Autocraft Invs., Inc.*, No. 4:13-cv-1959, 2013 WL 3338580, at *2 (S.D. Tex. July 2, 2013) (Costa, J.) (citing 28 U.S.C. § 1391) ("If venue is proper in Galveston, it is also proper in Houston."). Because of the similarity of issues between this case and the Galveston Case, Judge Edison's familiarity with those issues, and the more advanced state of the Galveston Case, transfer to the Galveston Division "would serve 'the convenience of parties and witnesses' and 'the interest of justice,' . . ." *Id*. (*quoting In re Volkswagen AG*, 371 F.3d 201, 203 (5th Cir. 2004). For this reason, the parties respectfully request transfer of this case to the Galveston Division for coordination with the pending (and currently stayed) Galveston Case before Magistrate Judge Edison.

Dated:  September 1, 2021

By: */s/ Barry J. Herman*
Barry J. Herman (pro hac vice)
Maryland Federal Bar No. 26061
WOMBLE BOND DICKINSON (US)
LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

WOMBLE BOND DICKINSON (US)
LLP
Preston H. Heard (pro hac vice)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

WOMBLE BOND DICKINSON (US)
LLP
Stephanie M. Nguyen (pro hac vice to be
filed)
DC Bar No. 1046300
Julie C. Giardina (pro hac vice to be filed)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5873
Email:Stephanie.Nguyen@wbd-us.com
Telephone: (410) 545-5802
Email: Julie.Giardina@wbd-us.com

MOYLES IP, LLC
Lisa J. Moyles (pro hac vice to be filed)
Connecticut State Bar No. 425652
Jason M. Rockman (pro hac vice to be
filed)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

Respectfully submitted,

*/s/ Amir Alavi*
Amir Alavi, *Attorney-in-Charge*
State Bar No. 00793239
Southern District Federal ID No. 20910
Demetrios Anaipakos
State Bar No. 00793258
Southern District Federal ID No. 20323
Scott W. Clark
State Bar No. 24007003
Southern District Federal ID No. 25553
Todd W. Mensing
State Bar No. 24013156
Southern District Federal ID No. 302944
Michael McBride
State Bar No. 24065700
Southern District Federal ID No. 3554928
Steven Jugle
State Bar No. 24083280
Southern District Federal ID No. 3633066
Joshua Wyde
State Bar No. 24060858
Southern District Federal ID No. 873284
Louis Liao
State Bar No. 24109471
Southern District Federal ID No. 3521938
Colin Phillips
State Bar No. 24105937
Southern District Federal ID No. 3576569
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
    MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
aalavi@azalaw.com
danaipakos@azalaw.com
sclark@azalaw.com
tmensing@azalaw.com
mmcbride@azalaw.com
sjugle@azalaw.com
jwyde@azalaw.com
lliao@azalaw.com
cphillips@azalaw.com

3

**ATTORNEYS FOR DEFENDANT YELLOW**
RUSTY HARDIN & ASSOCIATES, LLP   **JACKET OIL TOOLS, LLC**
Megan C. Moore
Federal Bar No. 963966
Texas Bar No. 24054322
Terry Kernell
Federal Bar No. 15074
Texas Bar No. 11339020
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Email: mmoore@rustyhardin.com
Email: tkernell@rustyhardin.com

**ATTORNEYS     FOR     PLAINTIFFS
DYNAENERGETICS  GMBH  &  CO.,
KG  AND  DYNAENERGETICS  US,
INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the  September 1, 2021, a copy of the foregoing was served on the following party electronically through the U.S. District Court, Southern District of Texas ECF system to all counsel of record all of whom are Filing Users of the Court's Electronic Filing System.

*/s/ Amir Alavi*
Amir Alavi