# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 4:21-cv-02599 |
| YELLOW JACKET OIL TOOLS, LLC | § § § | Jury Trial Demanded |
| *Defendant.* | § § § | |

## ORDER GRANTING JOINT MOTION TO TRANSFER TO THE GALVESTON DIVISION

Before the Court is the Parties' Joint Motion to Transfer to the Galveston Division. The Court finds transfer is warranted and ORDERS that *DynaEnergetics Europe GmbH and DynaEnergetics U.S., Inc. v. Yellow Jacket Oil Tools, LLC*, Civil Action No. 4:21-cv-02599, be transferred to the Galveston Division.

SIGNED this 2nd day of September, 2021.

Andrew S. Hanen
United States District Judge